IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JAMES BARRETT,

    Petitioner,               No. CIV S-04-1608 GEB CMK P

    vs.

MIKE KNOWLES, Warden,

    Respondent.           <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve objections to the December 26, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 4, 2007 application for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the December 26, 2006 findings and recommendations.

DATED: January 18, 2007.

                                                              **CRAIG M. KELLISON**
                                                              UNITED STATES MAGISTRATE JUDGE