IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JAMES BARRETT,

    Petitioner,                      2:04-cv-1608-GEB-CMK-P

    vs.

MIKE KNOWLES, et al.,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 12, 2007 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1	For the reasons set forth in the magistrate judge's December 26, 2006 findings
2 and recommendations, petitioner has not made a substantial showing of the denial of a
3 constitutional right.  Accordingly, a certificate of appealability should not issue in this action.
4	IT IS SO ORDERED.
5 Dated:  May 30, 2007

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```