IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JAMES BARRETT, | 2:04-cv-1608-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| MIKE KNOWLES, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for a certificate of appealability (Doc. 19), filed on April 19, 2007.

      Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 12, 2007, denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a

1

1  certificate should not issue.  <u>See</u> Fed. R. App. P. 22(b).  For the reasons set forth in the
2  magistrate judge's December 26, 2006, findings and recommendations, petitioner has not made a
3  substantial showing of the denial of a constitutional right.
4        Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
5  of appealability is denied.
6  Dated:  June 13, 2007

                    GARLAND E. BURRELL, JR.
                    United States District Judge